UNITED STATES BANKRUPTCY COURT
Eastern District of Tennessee

In re
SEI Energy, LLC

Bankruptcy Case No. 1:16-bk-12292-NWW

Debtor

Adversary Proceeding No.1:17-ap-01031-NWW

Jerrold D. Farinash, Trustee

Plaintiff

v.

JR Pounds Inc.

Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk
United States Bankruptcy Court
Clerk of Court
31 E. 11th. Street
Chattanooga, TN 37402

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Jerrold D. Farinash
Farinash & Hayduk
100 West M L King Blvd., Ste. 816
Chattanooga, TN 37402
(423) 805-3100

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

WILLIAM T. MAGILL
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Dated: JUL 21 2017

# CERTIFICATE OF SERVICE

I, Victoria Foster, certify that service of this summons and a copy of the complaint was made 7-24-17 by:
[Date]

[ X ] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

JR Pounds, Inc.
c/o Registered Agent
J R Pounds
805 West 5th Street
P.O. Box 991
Laurel, MS 39440

JR Pounds, Inc.
Timothy J. Anzenberger
Copeland, Cook, Taylor & Bush
1076 Highland Colony Parkway
Concourse 600, Ste 100
Ridgeland, MS 39157

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

7-24-17
[Date]

Victoria Foster
[Signature]

Print Name    Farinash & Hayduk

Business Address    100 West M L King Blvd., Ste. 816

City    Chattanooga        State    TN        Zip    37402